BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
MICHAEL HOTTMAN, ESQ.
Nevada Bar No. 008501
**STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite B-19
Las Vegas, Nevada 89102
Telephone: (702) 474-7229
Facsimile: (702) 474-7237
email: *admin@sdlawoffice.net*

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICH ROSE, an individual; and SHARON ROSE, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ATLAS VAN LINES, INC., a Foreign Corporation; DOE EMPLOYEES I through XX, and ROE CORPORATIONS I through XX, inclusive,<br><br>Defendants. | CASE NO.: 2:13-cv-000482-GMN-PAL<br><br><br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, RICH ROSE and SHARON ROSE, and Defendant, ATLAS VAN LINES, by and through their respective

/ / /

/ / /

/ / /

/ / /

1

attorneys of record, that the above-entitled Action be dismissed with prejudice. Each party to bear their own costs and fees.

Dated this 19th day of September, 2013

STEPHENSON & DICKINSON

/s/ Michael Hottman

By:_____
BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No.: 002297
MICHAEL E. HOTTMAN, ESQ.
Nevada Bar No.: 008501
2820 West Charleston Blvd., Suite B-19
Las Vegas, NV 89102
P: 702- 474-7229
F: 702-474-7237
*Attorneys for Defendant*

Dated this 19th day of September, 2013

HALL JAFFE CLAYTON LLP

/s/ Steven T. Jaffe

By:_____
Steven T. Jaffe, Esq.
Nevada Bar No.: 007035
7425 Peak Drive
Las Vegas, Nevada 89128
T: 702-316-4111
F: 702-316-4114
*Attorneys for Plaintiffs*

## ORDER

**IT IS SO ORDERED** this 25th day of September, 2013.

_____
Gloria M. Navarro
United States District Judge